UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:

CHERYL HUNTER

             Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 10-43187-jf
(Chapter 13)

Assigned to:
Hon. JEROME FELLER
Bankruptcy Judge

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of   MIDLAND MORTGAGE COMPANY AS SERVICER FOR MIDFIRST BANK, Secured Creditor, in the within proceeding.

     Please send copies of all Notices and of all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:   April 26, 2010
           Westbury, New York

                                     Yours, etc.
                                       STEVEN J. BAUM, P.C.
                                       Attorneys for Secured Creditor
                                       MIDLAND MORTGAGE COMPANY AS SERVICER
                                       FOR MIDFIRST BANK

                              By:     __/s/ Marin L. Buczkowski_____
                                       Marin L. Buczkowski, Esq.
                                       Office and Post Address:
                                       900 Merchants Concourse, Suite 116
                                       Westbury, NY 11590
                                       Telephone 716-204-2400

TO:
   CLERK, UNITED STATES BANKRUPTCY COURT
   EASTERN DISTRICT OF NEW YORK
   271 Cadman Plaza East
   Brooklyn, NY 11201

   JOSHUA N BLEICHMAN, ESQ.    Attorney for Debtor
   Bleichman & Klein
   268 Route 59
   Spring Valley, NY10977

   MARIANNE DEROSA, ESQ.    Chapter 13 Trustee
   100 Jericho Quadrangle
   Suite 208
   Jericho, NY 11753